# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAOGLAS GROUP HOLDINGS LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>2J ANTENNAS USA, CORPORATION, et al.,<br><br>Defendants. | Case No.: 18CV1277 LAB (JMA)<br><br>**ORDER STAYING DISCOVERY** |

The Court has reviewed the Joint Discovery Plan and Rule 26(f) Report filed on September 13, 2018. (ECF No. 19.) In view of Defendants' pending motion to dismiss (*see* ECF No. 8) as well as the possibility that Plaintiffs will file an amended complaint to add patent infringement claims (*see* Joint Discovery Plan at 3), **IT IS HEREBY ORDERED** that discovery is stayed. Once an order has been issued on the motion to dismiss and the pleadings are settled, the Court will convene an Early Neutral Evaluation Conference. The Court will evaluate whether discovery should be opened at that time. As to Plaintiffs' concern regarding the preservation of evidence, **IT IS ORDERED** that all information relevant or potentially relevant to the claims and defenses in this

litigation, including electronically-stored information, shall be preserved. See *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 959 (9th Cir. 2006).

**IT IS SO ORDERED**.

Dated: September 18, 2018

_____
Honorable Jan M. Adler
United States Magistrate Judge